1061720

No. 01-15-00475-CV

TIERRA WILSON
VS.
HOUSTON HOUSING AUTHORITY EWING APARTMENTS

**AFFIDAVIT OF INDIGENCE**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE

CLERK _____

I, TIERRA WILSON, swear the following:

1. I have filed an appeal in the case described above.

2. I cannot pay any of the following amount of court costs in this appeal, which includes the $175 filing fee, the $10 or $15 filing fee for each motion I may file, the trial-clerk's fee for the clerk's record, and the court reporter's fee for the reporter's record, if any.

3. The nature and amount of my current employment income is
$ 980.00

4. The nature and amount of my current government-entitlement income is
$ 565.00 .

5. The nature and amount of my current income, other than that described in my answers to 3 and 4 above, is ___? See Attatchment (Childsupport).

6. The income of my spouse is N/A. My spouse's income is not available to me.

7. I own the following real property:
$ 0 _____

_____

_____

_____

8. I own the following personal property:

_O_

_____

9. I have the following amount of cash:

_O_

_____

10. I have the following amounts of funds on deposit that I may withdraw:

$O

_____

11. I have the following assets, other than those described in my answers to 3 through 10 above:

_O_

_____

12. I have ___3___ dependents. My relationship to each of them is

Jermairra Brown , Daughter,

Patiance Jefferson , Daughter,

Patrick Jefferson , Son

_____ , _____

13. The nature and amount of my debts are:

Sun Loan $200, Express loan $400, Barri $50, Friendly loan $50, No Wait loans $150, Delta Finance $160, $3.000 on Conn's, ABC Bail Bonds $250

14. The nature and amount of my monthly expenses are:

$263 on loans, $300 rent to grand mother, $105 probation fee's $565 on food $158.00 for Conn's $40 for phone bill, $50 bus fare, $70 on house supplies ABC Bail Bonds a $100

15. My ability to obtain a loan for court costs is _O_ %

16.  An attorney is not providing free legal services to me without a contingent fee.  NO

17.  An attorney has not agreed to pay or advance court costs.  NO

18.  [If the trial-court proceedings were recorded electronically] I have lack the skills and access to equipment necessary to prepare the appendix required by Texas Rule of Appellate Procedure 38.5(d).

_____ N/A _____

_____

_____

_____

_____
Defendant Signature

## Certificate of Oath or Affirmation

On this date, I administered the above oath or affirmation from the person named above.  I am a _____ notary _____ and am authorized to administer an oath or affirmation pursuant to Texas Government Code section 602.002, 602.003, 602.004, or 602.005.  If I have a seal of office that I am required by law to affix to documents when administering an oath or affirmation, then I have included an original impression of my official seal below.

WILLIE D. HOLMES
My Commission Expires
October 18, 2015

_____
[Signature of person administering oath or affirmation]

_____ 7 – 17 , 2015 _____
[Date]



**HARRIS COUNTY COMMUNITY SUPERVISION
& CORRECTIONS DEPARTMENT (HCCS&CD)**

**NORTH REGION**
9111 EASTEX FREEWAY, RM 549
HOUSTON , TEXAS   77093
Tel: 713-696-8700 Fax: 713-696-8790

POI _____ **N3**

Shanee Breaux
Phone: 713-696-8720

**IN PERSON**

On   **Tuesday, 08/11/2015**

At   **11:00 am**

### PROBATIONER'S MONTHLY REPORT
Fill out this report and return it to your Probation Officer

Name  **TIERRA  WILSON** _____  SPN# **02653964**   CAUSE# 202864601010

Address:   Street _____  Apt. No. _____  Apt. Complex Name _____  Gate Code _____

City/State _____  Zip Code _____  ☐ *Check if this is a new address*   E-Mail address _____

Telephone:  ( _____ )  ☐ My Phone  ☐ Parent's Phone   Other number(s) ( _____ )  Type (cell #, etc.) _____

With whom are you living? _____
(Names) _____ (Family, Spouses, Friend)

Employer _____ (Name of Company)  Address _____
No., Street, City, Zip Code

*Check if this is a new job* ☐

Occupation _____   Employer's Phone Number ( _____ )

How long on this job? _____   Supervisor _____

Monthly earnings _____   **PROOF OF ALL EARNINGS MUST BE ATTACHED TO THIS FORM**

What days of the week do you work?  Please circle:  Mon.,  Tues.,  Wed.,  Thurs.,  Fri.,  Sat.,  Sun.

What hours do you work?   From _____   To _____

### CHECK THE APPROPRIATE ANSWER

| Yes | No | |
|-----|-----|---|
| | | 10. Have you been arrested since your last report  (If yes, explain in line 16) |
| | | 11. Have you violated any other conditions of your probation since your last report? (If yes, explain on line 16) |
| | | 12. Do you own or drive a car?  Make / Model: _____  Year _____  Color _____  License Plate _____ |
| | | 13. Do you receive child support/welfare/food stamps  or any other source of income? (If yes, list amount and sources below on line 16) |
| | | 14. Are your currently participating in any programs (alcohol, community service, etc.) |
| | | 15. Do you have any problem you would like to discuss with your Probation Officer?   (If yes, explain  on line 16) |

16. ......................................................................................................................................
......................................................................................................................................
......................................................................................................................................
......................................................................................................................................
(USE REVERSE SIDE OF THIS FORM IF NECESSARY)

I acknowledge that the above information is true and correct.  I further acknowledge that I understand I am to report again in person

on: _____        x  put your initials here after the office visit _____

X _____
Probationer's Signature  *TIERRA  WILSON*

Supervising Officer: Shanee Breaux / N3        Date: _____

Bd

FRIENDLY LOANS
9030 N. FREEWAY #110
HOUSTON, TX 77037


DATE: 07/13/15



TIERRA WILSON
9734 HILLIS ST
HOUSTON, TX   77078



*** MONTHLY STATEMENT ***



1. ACCOUNT #11168
2. DUE DATE: 07/19/15
3. PAYMENT AMOUNT: $ 22.00
4. BALANCE BEFORE THIS MONTHS PAYMENT $ 43.50

5. AVAILABLE CASH BEFORE THIS MONTHS PAYMENT: $0



Thank You for your continued business!


JULIA BELMAREZ-MANAGER
FRIENDLY LOANS
281-445-5454

## CONSUMER CREDIT DISCLOSURE – PROMISSORY NOTE

'I' and 'me' means each person who signs as a Borrower. 'You' means the Lender.

Customer Id: 2627   NoteID: 9275                                      DATE OF NOTE: 07/17/15 17:39:57 D:2

| LENDER/CREDITOR'S NAME AND ADDRESS: | BORROWER'S NAME AND ADDRESS: |
|---|---|
| Barri Finance Co. 6737 Canal St Houston, TX 77011 (713)514-0279 | Tierra  Wilson 1807 Ewing St #14A Houston, TX 77004 |

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate: 119.17% | FINANCE CHARGE The dollar amount the credit will cost me: $26.00 | AMOUNT FINANCED The amount of credit provided to me or on my behalf: $100.00 | TOTAL OF PAYMENTS The amount I will have paid after i have made all payments as scheduled: $126.00 |
|---|---|---|---|

My Payment Schedule will be:
3 consecutive monthly installments of $31.50 beginning 8/17/15
and 1 (one) final payment of $31.50 due on 11/17/15 the maturity date.

Security: You will have a security interest in the following described collateral.

Security Agreement dated: N/A
Late Charge: If any part of a payment is unpaid for 10 (ten) days after it is due, I may be Charged $10 (Ten dollars ) or 5% (five percent) of the amount of the payment, whichever is greater.
Prepayment: If I pay off early, I may be entitled to a refund of part of the finance charge.
Additional Information: See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

| ITEMIZATION OF THE FINANCE CHARGE | ITEMIZATION OF THE AMOUNT FINANCED |
|---|---|
| Acquisition Charge: $10.00 Installment Account Handling Charge: $16.00 | Previous Account Late Charge on Previous Account $ AMI on Previous Account $ Previous Balance $ (-)Less Refund $ Net Balance Renewed..... $ Cash to me / collected.. $100.00 |

### LOAN NOTE (THIS COLLATERAL HAS BEEN ASSIGNED TO CAPITAL ONE BANK N/A))

I promise to pay the total of Payments to the order of you, the Lender. I will make the payments at your address above, I will make the payments on the dates and in the amounts shown in the Payment Schedule. If I don't pay an entire payment within 10 (ten) days after it is due, you can charge me a late charge. The late charge will be $10 (Ten dollars) or 5% (five percent) of the scheduled payment, whichever is greater. If I don't pay all I owe when the final payment becomes due. I will pay interest on the amount that is still unpaid. That interest will be at a rate of 18% per year and will begin the day after the final payment becomes due.

I can make any payment early. The acquisition charge on this loan will not be refunded if I payoff early. If I pay all I owe before the beginning of the last monthly period, I will save part of the installment account handling charge. You will figure the amount I save by the Sum of the Periodic Balances Method. This method is explained in the Finance Commission rule. You do not have to refund or credit any amount less than $1.00 (one dollar).

If I ask for more time to make an payment and you allow me more time, I will pay additional interest to extend the payment. The additional interest will be figured as provided in the Finance Commission rules. I agree to pay you a reasonable fee up to $30.00 (Thirty dollars) for a returned check. You can add the fee to the amount I owe under this agreement or collect it separately.

If I break any of my promises in this document, you can demand that I immediately pay all that I owe. You can also do this if you, in good faith, believe that I am not going to be willing or able to keep all my promises. I agree that you don't have to give me notice that you are demanding or intend to demand immediate payment of all that I owe. If I am giving collateral for this loan, I will see the separate security agreement for more information and agreements.

NOTE: See the next page for more information on this PROMISSORY NOTE

I will keep all my promises in this document. If there is more than one Borrower, each Borrower agrees to keep all of the promises in this document, even if the other Borrowers do not. I promise that all information I gave you is true.

If you do not enforce your rights every time, you can still enforce them later. Federal and Texas law apply to this contract. I don't have to pay interest or other amounts that are more than the law allows. Any change to this agreement has to be in writing. Both you and I have to sign it. You can mail any notice to me at my last address in your records. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This lender is licensed and examined by the State of Texas -Office of Consumer Credit Commissioner. Call the Consumer Credit Hot Line or write for credit information or assistance with credit problems: Office of Consumer Credit Commissioner, 2601 North Lamar Boulevard, Austin Texas 78705-4207; http://www.occc.state.tx.us; (512) 936-7600 or (800) 538-1579

_____  Recibi la Forma de Informe del Prestamo_____
Borrower.

I received the Spanish Disclosure By:

_____                    _____
Co-Borrower.                                Lender's Representative.

CUSTOMER COPY





# Office of the Attorney General
# Texas Child Support Disbursement Unit Payment Record

This payment record reflects Non-Custodial Parent payments received by the Texas Child Support Disbursement Unit and payments received or recorded prior to the establishment of the Texas Child Support Disbursement Unit.

You may need to contact the local child support registry of the County that issued the order to ensure a complete payment record is obtained for the specified Case/Cause numbers, if the Office of the Attorney General was not the Non-Custodial Parent's payment registry before the Texas Child Support Disbursement Unit began

This payment record was generated     07/20/2015

Total Paid:  1,199.90

Names:  JEREMY BROWN  (NCP) , TIERRA WILSON  (CP)

Cause Number     200940754

| Payment Record    01/01/2015 - 07/17/2015 | | |
|---|---|---|
| Payment Date (MM/DD/YYYY) | Payment Amount | Cause ID |
| 07/06/2015 | 98.00 | 200940754 |
| 06/22/2015 | 86.00 | 200940754 |
| 06/08/2015 | 98.00 | 200940754 |
| 05/26/2015 | 147.00 | 200940754 |
| 05/07/2015 | 64.38 | 200940754 |
| 04/30/2015 | 64.38 | 200940754 |
| 04/23/2015 | 64.38 | 200940754 |
| 04/16/2015 | 17.68 | 200940754 |
| 03/27/2015 | 49.00 | 200940754 |
| 02/13/2015 | 127.77 | 200940754 |
| 01/30/2015 | 127.77 | 200940754 |
| 01/16/2015 | 127.77 | 200940754 |
| 01/05/2015 | 127.77 | 200940754 |

This is a true and correct copy of the computerized official child support payment records of the Texas Child Support Disbursement Unit.

This payment record is admissible in a court proceeding as evidence of payments made through the Texas Child Support Disbursement Unit pursuant to Texas Family Code Section 157.002(b)(3), Section 157.162(c), and Section 234.001(d).

I Annie Perryman am allowing Tierra Wilson and her 3 children to live her until she can find somewhere to stay. She will have to pay me room and board 300 a month and provide her own food, clothing and house supplies. If you have any question please feel free to contact me at 713-851-4489.

*Annie Perryman*

## View Paycheck

Tierra Wilson

| | | |
|---|---|---|
| **Company** | **Net Pay:** | $500.06 |
| Houston Community College Sys | | |
| **Address** | **Pay Begin Date:** | 06/01/2015 |
| P.O. Box 667517 | **Pay End Date:** | 06/15/2015 |
| Houston, TX 772667517 | **Check Date:** | 06/30/2015 |

Review the details of your paycheck. To view other checks, select **View a Different Paycheck**
General

| | | | |
|---|---|---|---|
| **Name:** | Tierra LaTara Wilson | **Business Unit:** | HCCSP |
| **Employee ID:** | 01167942 | **Pay Group:** | Part-Time Hourly |
| **Address:** | 1807 Ewing St | **Department:** | LMA - Continuing Education |
| | Apt # 14A | **Location:** | 3100 Main |
| | Houston, TX 77004 | **Job Title:** | Pt Enrolmt Service Assistant |
| | | **Pay Rate:** | $12.580000   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Single | **TX Marital Status:** | Not applicable |
| **Fed Allowances:** | 6 | **TX Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **TX Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **TX Addl Amount:** | $0.00 |

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 500.06 | 500.06 | 0.00 | 0.00 | 500.06 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg Pay | 39.75 | 12.580000 | 500.06 |
| **Total:** | 39.75 | | 500.06 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | |
| **Total:** | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1657606 | Checking | 159542900 | 500.06 |

Return to Pay Check Selection

https://hcchrweb.hccs.edu:8080/psc/ess/EMPLOYEE/HRM...

**ABC Bonding Company**
**400 San Jacinto**
**Houston, TX 77002**
**(713) 222-6222**

To:          Tierra  Wilson

            9734 Hillis St
            Houston, Texas 77078

# NOTICE
## PAST DUE PAYMENT

July 02, 2015

Defendant:      Wilson, Tierra
Posted Date:    05/30/2015
Bond Amount:   $5,000.00

### Account Activity:

**Last Payment**

| | |
|---|---|
| **Remaining Balance** | $350.00 |
| **Past Due Amount** | $100.00 |
| **Total Days Past Due** | |
| | 10 |

**RECEIPT OF PAYMENT** within 7 days of  7/2/2015 will prevent ABC BONDING COMPANY from taking corrective action.

If you have any questions, please contact our office at (713) 222-6222, and ask for the Admin Department.